**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIMA REZAEI, | No. CIV S-07-2373-WBS-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| D.K. SISTO, | |
|     Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 5), filed on January 10, 2008.

       On December 29, 2007, the court ordered respondent to file a response to the petition for a writ of habeas corpus within 30 days. Respondent now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 11-110.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time is granted; and
2. Respondent shall file a response to the petition by March 18, 2008.

DATED: January 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE