IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIMA REZAEI,** | CIV S-07-2373-WBS-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for Writ of Habeas Corpus be filed on or before June 9, 2008.

DATED: May 22, 2008

　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1