# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

NIMA REZAEI,                          No. CIV S-07-2373-WBS-CMK-P

      Petitioner,

  vs.                                      <u>ORDER</u>

D.K. SISTO,

      Respondent.

_____/

        Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for an extension of time (Doc. 12). Petitioner seeks an extension to August 7, 2008, to file a traverse. Good cause appearing therefor, the request will be granted.

        The parties are informed that they may, if all consent in writing, have this case assigned to a United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit. <u>See</u> 28 U.S.C. § 636(c)(1), (3); <u>see also</u> E.D. Cal. Local Rule 73-305(a), (c). The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse substantive

1 consequences.  See § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action
2 will be reassigned to the undersigned for all purposes, including entry of final judgment.  See
3 Local Rule 73-301 and Local Rule 73-305(b).

4    A review of the record reflects that no party to this action has filed a written
5 election regarding consent to the exercise of full jurisdiction by a magistrate judge.  The Clerk of
6 the Court will be directed to provide the parties with the appropriate form which the parties shall
7 then complete, indicating either consent or non-consent as they may choose, and file with the
8 court.

9    Accordingly, IT IS HEREBY ORDERED that:

10    1. Petitioner's request for an extension of time (Doc. 12) is granted;

11    2. Petitioner may file a traverse by August 7, 2008;

12    3. The Clerk of the Court is directed to forward to all parties the court's
13 "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions"
14 along with the accompanying consent election form; and

15    4. The parties shall complete and file the consent election form by August 7,
16 2008.

DATED:  June 17, 2008

           /s/ Craig M. Kellison
           **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE