# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA REZAEI, | No. CIV S-07-2373-WBS-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| D.K. SISTO, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for an extension of time (Doc. 18). Petitioner seeks an extension to August 27, 2008, to file a traverse. Good cause appearing therefor, the request will be granted.

    IT IS SO ORDERED.

DATED: August 4, 2008

                                                                   /s/ Craig M. Kellison
                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE