IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA REZAEI,<br><br>    Petitioner,<br><br>  v.<br><br>D.K. SISTO, Warden, California State Prison - Solano<br><br>    Respondent | Case No. 2:07-cv-02373-RSM<br><br>ORDER OF REFERENCE |

  IT IS ORDERED that this matter is referred to United States Magistrate Judge John L. Weinberg, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3 and 4, and Fed. R. Civ. P. 72.

  The Magistrate Judge shall hear and enter into the record a Report and Recommendation. Any objection to the recommended disposition of the matter shall be made and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1), Local Rule MJR 4.

  Dated the 30 day of September, 2009

                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE

ORDER- 1