UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA REZAEI,<br><br>            Petitioner,<br><br>    v.<br><br>D. K. SISTO, Warden,<br><br>            Respondent. | CASE NO. 2:07-CV-2373-RSM<br><br>ORDER ON RULE 59 MOTION TO ALTER OR AMEND THE JUDGMENT |

This matter is before the Court for consideration of Petitioner's motion to alter and amend the judgment. Dkt. # 30. Respondent has not opposed the motion as it was not noted for consideration on the Court's calendar. Dkt. # 31. The Court finds that the motion was timely filed and warrants consideration. Fed.R.Civ.P. 59(e). Accordingly, the Court directs Respondent to file opposition to the motion, if any, on or before April 29, 2011. Petitioner may file a reply on or before May 6, 2011. The motion shall be noted on the Court's calendar for May 13, 2011.

It is SO ORDERED.

DATE: March 29, 2011

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1